1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER CASTILLO,              )          No. C 10-04160 JW (PR)
                                        )
12          Plaintiff,                  )          ORDER GRANTING EXTENSION
                                        )          OF TIME TO FILE *IN FORMA*
13      vs.                             )          *PAUPERIS* APPLICATION
                                        )
14                                      )
     THE SIX DISTRICT APPELLATE         )
15   PROGRAM, et al.,                   )
                                        )
16          Defendants.                 )
                                        )
17   _____)

18          On September 16, 2010, plaintiff filed this <u>pro se</u> civil rights pursuant to 42

19   U.S.C. § 1983.  The same day, the clerk of the Court sent a notification to plaintiff

20   that he must file an <u>in forma pauperis</u> application or pay the full filing fee to avoid

21   dismissal of the action.  (Docket No. 2.)  Plaintiff was advised to respond within

22   thirty days.  (<u>Id.</u>)  On October 15, 2010, the mail sent to plaintiff was returned as

23   undeliverable, indicating that plaintiff was "out to court."  (Docket No. 4.)  In

24   November 2010, plaintiff continued to file items in this matter, but has yet to file an

25   in forma pauperis application.

26          In the interest of justice, the Court will grant plaintiff an extension of time to

27   file a complete <u>in forma pauperis</u> application **within thirty (30) days** from the date

28   this order is filed, or in the alternative, to pay the full $350.00 filing fee.

Order Granting Ext. Of Time
P:\PRO-SE\SJ.JW\CR.10\Castillo04160_ifp-eot.wpd

**Failure to respond in accordance with this order in the time provided may result in dismissal of this case without prejudice for failure to pay the filing fee without further notice to plaintiff.**

The clerk shall enclose two copies of the court's form In Forma Pauperis Application with a copy of this order to plaintiff.

DATED:  February 7, 2011



JAMES WARE
United States District Chief Judge

United States District Court

For the Northern District of California

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER CASTILLO,

           Plaintiff,

   v.

THE SIX DISTRICT APPELLATE
PROGRAM, et al.,

           Defendants.

_____/

Case Number: CV10-04160 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____2/7/2011_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher Castillo F-39720
North Kern State Prison
P. O. Box 567
Delano, CA 93216

Dated: _____2/7/2011_____

                      Richard W. Wieking, Clerk
               /s/ By: Elizabeth Garcia, Deputy Clerk